J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail:  cjorgensen@lrrc.com

*Attorneys for Defendant*
*Santander Consumer USA Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH CALHOUN,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER U.S.A., INC.,<br><br>    Defendant. | Case No.:  2:17-cv-00262-JCM-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kenneth Calhoun and Defendant Santander Consumer USA, Inc. hereby stipulate that the claims in this action be dismissed with prejudice, each party to bear its own costs and attorneys' fees and waiving all rights of appeal.

**IT IS SO AGREED AND STIPULATED:**

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J Christopher Jorgensen*
J Christopher Jorgensen (#5382)
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
cjorgensen@lrrc.com

*Attorneys for Defendant*
*SANTANDER CONSUMER USA INC.*

By: *Kenneth Calhoun*
Kenneth Calhoun
6901 E. Lake Mead Blvd., apt. 1110
Las Vegas, NV 89156
*Plaintiff in Proper Person*

**IT IS SO ORDERED:**

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

DATED: February 13, 2017

100299166_1